IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22CV142-KDB-DSC

KENSINGTON VANGUARD LAND TITLE SERVICES LLC,

    Plaintiff,

v.

LANGTREE PROPERTY OWNER LLC, a Delaware Limited Liability Company, and LANGTREE HUD DEVELOPMENT COMPANY LLC, a North Carolina Limited Liability Company,

    Defendants.

**ORDER ALLOWING DEPOSIT OF FUNDS**

Upon the Motion for Leave to Deposit Funds by Plaintiff Kensington Vanguard Land Title Services LLC, it is hereby **ORDERED** that the Court shall accept the deposit in excess of $500.00 pending further orders of this Court.

**SO ORDERED**.

Signed: October 12, 2022

David S. Cayer
United States Magistrate Judge